DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulane Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALFONSO RINCON-QUEVEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>ALFONSO RINCON-QUEVEDO, et al.,<br><br>　　　　　*Defendant.* | No. 1:10-cr-00209 AWI<br><br>**AMENDED** STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING<br><br>DATE:　November 1, 2010<br>TIME:　9:00 A.M.<br>JUDGE:　Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for October 4, 2010, **may be continued to November 1, 2010 at 9:00 A.M.**

　　　　This continuance is at the request of counsel for defendant to allow time for proper preparation and to permit plea negotiations between the parties with the intention of conserving time and resources for both parties and the court.  Due to the change of prosecuting attorneys on the case, the parties need some additional time to try to work out some of the details of the proposed agreement.

　　　　The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

//

//

|   |   |   |
|---|---|---|
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: September 30, 2010 | By: | /s/ Kathleen Servatius<br>KATHLEEN SERVATIUS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: September 30, 2010 | By: | /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>ALFONSO RINCON-QUEVEDO |
| DATED: September 30, 2010 | By: | /s/ Daniel Harralson<br>DANIEL HARRALSON<br>Attorney at Law<br>Attorney for Defendant<br>SANTOS FLORES CAMPOS |

# **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   September 30, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE