DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALFONSO RINCON-QUEVEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>ALFONSO RINCON-QUEVEDO,<br><br>*Defendant.* | No. 1:10-cr-00209 AWI<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>DATE:  August 29, 2011<br>TIME:   1:30 P.M.<br>JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for August 1, 2011, **may be continued to August 29, 2011 at 1:30 P.M.**

This continuance is at the request of defense counsel as it needs additional time to prepare for the sentencing hearing and file its sentencing memorandum.  Because Mr. Rincon-Quevedo has been moved to the Lerdo facility, it was been difficult meeting with client and reviewing documents so additional time is requested.

///

///

///

///

Because this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 27, 2011          By: /s/ Kimberly A. Sanchez
                                  KIMBERLY A. SANCHEZ
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: July 27, 2011          By: /s/ Charles J. Lee
                                  CHARLES J. LEE
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  ALFONSO RINCON-QUEVEDO

**O R D E R**

IT IS SO ORDERED.

Dated:   July 27, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE