HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ALFONSO RINCON-QUEVEDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALFONSO RINCON-QUEVEDO,<br><br>　　　　　Defendant. | Case No.  1:10-cr-00209-AWI-1<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable ANTHONY W. ISHII |

　　　　Defendant, ALFONSO RINCON-QUEVEDO, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On August 29, 2011 this Court sentenced Mr. Rincon-Quevedo to a term of 108 months imprisonment;

　　　　3.　　His total offense level was 33, his criminal history category was III, and the resulting guideline range was 168 to 210 months.  He received a reduction from the low end of the applicable guideline range on the government's motion;

4. The sentencing range applicable to Mr. Rincon-Quevedo was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Rincon-Quevedo's total offense level has been reduced from 33 to 31, and his amended guideline range is 135 to 168 months. A reduction comparable to the one received at the initial sentencing produces a term of 86 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Rincon-Quevedo's term of imprisonment to 86 months, effective as of November 1, 2015;

Respectfully submitted,

Dated:  June 19, 2015                                    Dated:    June 19, 2015

BENJAMIN B. WAGNER                                HEATHER E. WILLIAMS
United States Attorney                                    Federal Defender


 /s/ *Kathleen A. Servatius*                             /s/ *David M. Porter*
KATHLEEN A. SERVATIUS                           DAVID M. PORTER
Assistant U.S. Attorney                                   Assistant Federal Defender

Attorney for Plaintiff                                       Attorney for Defendant
UNITED STATES OF AMERICA                     ALFONSO RINCON-QUEVEDO

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Rincon-Quevedo is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 135 to 168 months. A reduction comparable to the one received at the initial sentencing produces a term of 86 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2011 is reduced to a term of 86 months, effective as of November 1, 2015.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Rincon-Quevedo shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   June 23, 2015                                   _____
                                                                          SENIOR DISTRICT JUDGE